IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JENNIFER LACEY PRUITT,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER CHARLES DAVIS, JR., and OFFICER JANICE LOVE, in their individual capacities,<br><br>Defendants. | * * * * * * * * * * * | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01304-TWT |

**CONSENT MOTION TO SUBSTITUTE PARTY**

In this case, the plaintiff named Henry County Sheriff's Office Deputy "Janice Love" as a defendant. It appears the intended defendant is Henry County Police Officer "Jason Love." With this motion, the plaintiff seeks to correct the mistake by dropping Defendant Janice Love and adding Jason Love as a defendant. See Fed. R. Civ. P. 15 & 21. In support of this Motion, the plaintiff shows as follows:

1.

Buckley Christopher & Hensel, P.C. is counsel for Defendant Janice Love and would-be defendant Jason Love.

2.

The plaintiff improperly identified Jason Love as Janice Love in her complaint; the correct party defendant is Jason Love.

3.

Jason Love should be substituted in lieu of Janice Love, whether the same appears in the pleadings, so that the action may proceed against the correct defendant. The parties agree that Jason Love is the appropriate defendant. To ensure the just, speedy and efficient resolution of this case, any pending motions and all filed pleadings shall be treated as if Jason Love, rather than Janice Love, was named as a party defendant.

4.

The plaintiff and the defendant agree that no pleadings other than a consent order on this motion are necessary to correct the mistaken party in the complaint.

5.

The plaintiff and the defendant agree that all factual allegations in the complaint which refer to Janice Love shall now refer to Jason Love.

6.

The plaintiff and the defendant agree that Jason Love, as the substituted defendant, shall have 30 days from the date any order granting this motion in which to file an answer or responsive pleading.

WHEREFORE it is respectfully requested that the Court

enter the attached proposed consent order to substitute Defendant Janice Love by substituting Jason Love for Janice Love, and that the caption of this action be amended accordingly.

This 1st day of August 2024.

Respectfully submitted,

/s/ Cary S. Wiggins
Cary S. Wiggins
Ga. Bar No. 757657
Attorney for Plaintiff

Wiggins Law Group, LLC
Suite 401
260 Peachtree Street NW
Atlanta, GA 30303
(404) 659-2880
cary@wigginslawgroup.com

/s/ Timothy J. Buckley III
Timothy J. Buckley III
Ga. Bar No. 092913
Attorney for Defendants

Buckley Christopher & Hensel, P.C.
Suite 650
2970 Clairmont Road NE
Atlanta, Georgia 30329
(404) 633-9230
tbuckley@bchlawpc.com

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

TIMOTHY J. BUCKLEY III
tbuckley@bchlawpc.com

WILLIAM R. DRIGGERS
wdriggers@bchlawpc.com

This 30th day of July, 2024.

BY: /s/ Cary S. Wiggins
Cary S. Wiggins
Ga. Bar No. 757657

WIGGINS LAW GROUP, LLC
Suite 401
260 Peachtree St., NW
Atlanta, GA 30303
Telephone: (404) 659-2880
Facsimile: (404) 659-3274
www.wigginslawgroup.com
cary@wigginslawgroup.com